UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| INNOVATIONS4FLOORING HOLDING, N.V., <br><br> Plaintiff, <br><br> v. <br><br> WELLMADE FLOOR COVERINGS INTERNATIONAL, INC. d/b/a WELLMADE PERFORMANCE FLOORING and COSTCO WHOLESALE CORPORATION, <br><br> Defendants; and <br><br> FLOORING INDUSTRIES LTD., Intervenor. | Case No. 3:19-cv-00299-HZ <br><br> **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Innovations4Flooring Holding, N.V. ("I4F"), Defendants Wellmade Floor Coverings International, Inc. ("Wellmade") and Costco Wholesale Corporation ("Costco"), and Intervenor Flooring Industries Ltd. ("Flooring Industries"), hereafter collectively "the Parties,"

NOW, THEREFORE, the Parties agree and stipulate as follows:

WHEREAS, Plaintiff I4F filed a complaint on February 28, 2019 for patent infringement in violation of 35 U.S.C. § 271 alleging infringement of United States Patents No. 10,053,868 entitled "Floor panel and floor covering consisting of a plurality of floor panels" ("the '868 patent") by Defendants;

WHEREAS, Defendants Wellmade and Costco each filed an Answer, Affirmative Defenses, and Counterclaims on May 28, 2019 alleging non-infringement and invalidity of the '868 patent and asserting counterclaims seeking a declaration of non-infringement of the '868 patent and a declaration of invalidity of the '868 patent;

WHEREAS, Plaintiff I4F filed Responses to Defendants Wellmade's and Costco's Counterclaims on June 18, 2019 denying Defendants' allegations of non-infringement and invalidity of the '868 patent; and

WHEREAS, Flooring Industries filed a motion to intervene on June 20, 2019 which was granted on October 7, 2018;

NOW THEREFORE, the Parties agree and stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties jointly stipulate to the voluntary dismissal of this action, including all claims and counterclaims therein, without prejudice.

2. Each party shall bear its own costs, expenses, and attorneys' fees.

Each undersigned representative of the Parties certifies that he or she is fully authorized to enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

IT IS SO ORDERED this __3rd__ day of _____December_____ 2019.

_____
MARCO A. HERNANDEZ
United States District Judge

IT IS SO STIPULATED this 27th day of November, 2019.

| | |
|---|---|
| s/Owen W. Dukelow | s/Shannon Armstrong |
| David P. Cooper | Shannon Armstrong, OSB No. 060113 |
| E-mail: cooper@khpatent.com | shannon.armstrong@hklaw.com |
| Owen W. Dukelow | HOLLAND & KNIGHT LLP |
| E-mail: owen@khpatent.com | 2300 US Bancorp Tower |
| Kolisch Hartwell, P.C. | 111 SW Fifth Avenue |
| 520 S.W. Yamhill Street, Suite 300 | Portland, OR 97204 |
| Portland, Oregon 97204 | Telephone: 503.243.2300 |
| Telephone: (503) 224-6655 | Fax: 503.241.8014 |
| Facsimile: (503) 972-9115 | |
| | Steven Jedlinski (admitted *pro hac vice*) |
| John W. McIlvaine (*admitted pro hac vice*) | steven.jedlinski@hklaw.com |

| | |
|---|---|
| Email: jmcilvaine@webblaw.com<br>Barry J. Coyne (*admitted pro hac vice*)<br>*Email:* bcoyne@webblaw.com<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd., Suite 1200<br>Pittsburgh, PA 15222<br>412.471.8815<br>412.471.4094 (fax)<br><br>*Attorneys for Plaintiff Innovations4Flooring Holding, N.V.* | HOLLAND & KNIGHT LLP<br>131 South Dearborn Street, 30th Floor<br>Chicago, IL 60603<br>Telephone: 312.715.5858<br>Fax: 312.578.6666<br><br>*Attorneys for Wellmade Floor Coverings International, Inc. and Costco Wholesale Corporation* |

s/ Timothy S. DeJong
Timothy S. DeJong, OSB No. 940662
Email: tdejong@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 SW Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600

John D. Haynes (admitted *pro hac vice*)
Email: John.haynes@alston.com
Shri Abhyankar (admitted *pro hac vice*)
Email: Shri.abhyankar@alston.com
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000

*Attorneys for Intervenor Flooring Industries Ltd. SARL*